## IN THE UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ALABAMA
## NORTHERN DIVISION

IN RE:                                                    CASE NO. 14-81564-CRJ-13

      Albert D. McGuyer

      Shirley T. McGuyer                                CHAPTER 13

SS#: XXX-XX-4838  XXX-XX-4936

      DEBTORS

## TRUSTEE'S MOTION TO MODIFY CHAPTER 13 PLAN

COMES NOW, Michael Ford, the Chapter 13 Trustee in the above styled case, and moves this Court to modify Debtors' plan confirmed August 21, 2014; and as grounds therefore, the Trustee would show unto the Court as follows:

1. The Debtors' Chapter 13 plan presently calls for payments of $435.00 monthly to the Chapter 13 Trustee.

2. The Trustee moves to modify this plan to amend the fixed monthly payments due to the secured creditors..

3. In order for the plan to complete as confirmed, the Trustee proposes to increase the Chapter 13 Plan payments to the amount of $552.00 monthly beginning in June 2015 for the remaining 49 months of the plan.

WHEREFORE, the Trustee moves for an order modifying the plan pursuant to 11 U.S.C. § 1329 and Rule 3015(g) to increase the Chapter 13 Plan payments to the amount of $552.00 monthly, beginning June 01, 2015 for the remaining 49 months of the plan. Other provisions: All other provisions to remain the same.

RESPECTFULLY SUBMITTED, this the 5th day of May, 2015.

NO HEARING WILL BE CONDUCTED ON THIS MOTION UNLESS A WRITTEN RESPONSE IS FILED WITH THE CLERK OF THE U. S. BANKRUPTCY COURT AND A COPY SERVED ON THE CHAPTER 13 STANDING TRUSTEE WITHIN TWENTY-ONE (21) DAYS FROM DATE OF SERVICE HEREOF.   ANY OBJECTIONS FILED WILL BE HEARD BY THE COURT ON THE **1ST DAY OF JUNE, 2015, AT 9:00 A.M. IN THE BANKRUPTCY COURTROOM,  FEDERAL BUILDING, CAIN ST ENTRANCE, 3rd FLOOR, DECATUR AL 35601**.  THIS MOTION WILL BE GRANTED UNLESS AN OBJECTION IS FILED WITHIN TWENTY-ONE (21) DAYS.

/s/ Michael Ford
_____
MICHAEL FORD, TRUSTEE
P.O. BOX 2388
DECATUR, AL  35602-2388
(256)350-0442

### CERTIFICATE OF SERVICE

This is to certify that I have this day served a copy of the above Motion upon the Attorney for the Debtors and the Debtors , by mailing a copy of the same with adequate postage thereon or by electronic means when available:

Albert D. McGuyer                          REBECCA NARMORE
Shirley T. McGuyer                         ATTORNEY AT LAW
193 River Dr                               301 N DICKSON ST
Tuscumbia, AL  35674                       TUSCUMBIA, AL  35674

This the 5th day of May, 2015.

/s/ Michael Ford
_____
Michael Ford, Trustee